ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :    INDICTMENT

          - v. -                 :    22 CRIM 454

DARIUS PIZARRO,                  :

               Defendant.        :

- - - - - - - - - - - - - - - - X

JUDGE BRODERICK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 23 2022

### COUNT ONE
(Hobbs Act Robbery)

The Grand Jury charges:

1.  On or about August 10, 2022, in the Southern District of New York and elsewhere, DARIUS PIZARRO, the defendant, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PIZARRO committed a gunpoint robbery of a commercial establishment in Manhattan, New York.

(Title 18, United States Code, Sections 1951 and 2.)

### COUNT TWO
(Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

2.  On or about August 10, 2022, in the Southern District of New York and elsewhere, DARIUS PIZARRO, the defendant, during and

in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count One of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and 2.)

## COUNT THREE
### (Attempted Hobbs Act Robbery)

The Grand Jury further charges:

3. On or about August 12, 2022, in the Southern District of New York and elsewhere, DARIUS PIZARRO, the defendant, knowingly did commit attempted robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PIZARRO attempted to commit a gunpoint robbery of a commercial establishment in Manhattan, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## FORFEITURE ALLEGATIONS

4. As a result of committing the offense alleged in Count One of this Indictment, DARIUS PIZARRO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

5. As a result of committing the offenses alleged in Counts One, Two, and Three of this Indictment, DARIUS PIZARRO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to: one Taurus G2C 9mm semi-automatic pistol and seven rounds of ammunition.

### Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

3

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 924 and 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

v.

### DARIUS PIZARRO,

Defendant.

---

### INDICTMENT

22 Cr.

(18 U.S.C. §§ 924(c)(1)(A)(i), (ii), 1951, and 2.)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson

---

8/23/22
NE

Indictment Filed

Case assigned to Judge Broderick
wheel A

Sarah L Cave
USMJ